A CERTIFIED TRUE COPY

FEB 18 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
FEB 28 2005
ARLEN B. COYLE, CLERK
BY _____ Deputy

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB -2 2005

FILED
CLERK'S OFFICE

1:05CV1-D-D

*DOCKET NO. 1477*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

IN RE SERZONE PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-26)**

ENTERED
FEB 22 2005
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

On August 12, 2002, the Panel transferred six civil actions to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 135 additional actions have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R. Goodwin.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of West Virginia for the reasons stated in the order of August 12, 2002, 217 F.Supp.2d 1372 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Joseph R. Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 18 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED ON

FEB 23 2005

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia
By _____ Deputy

## SCHEDULE CTO-26 - TAG ALONG ACTIONS
## DOCKET NO. 1477
## IN RE SERZONE PRODUCTS LIABILITY LITIGATION

DISTRICT  DIV. C.A.#

MISSISSIPPI NORTHERN
| | | | | |
|---|---|---|---|---|
| MSN | 1 | 04-371 | Leon Henley v. Bristol-Myers Squibb Co., Inc. | 2:05-0140 |
| MSN | 1 | 05-1 | Terri Whitesides v. Bristol-Myers Squibb Co., Inc. | 2:05-0141 |
| MSN | 2 | 05-1 | Helen Fonzy v. Bristol-Myers Squibb Co., Inc. | 2:05-0142 |
| MSN | 2 | 05-2 | Jerri Burchfield, et al. v. Bristol-Myers Squibb Co., et al. | 2:05-0143 |
| MSN | 2 | 05-3 | Janice Lee White v. Bristol-Myers Squibb Co., Inc. | 2:05-0144 |
| MSN | 2 | 05-4 | Vinnie M. James, et al. v. Bristol-Myers Squibb Co., Inc. | 2:05-0145 |
| MSN | 2 | 05-5 | Georgia Medlin, etc. v. Bristol-Myers Squibb Co., Inc. | 2:05-0146 |
| MSN | 2 | 05-6 | Faye Harden, et al. v. Bristol-Myers Squibb Co., Inc. | 2:05-0147 |
| MSN | 2 | 05-7 | Ollie Ray, Jr., et al. v. Bristol-Myers Squibb Co., Inc. | 2:05-0148 |
| MSN | 3 | 05-1 | Eugene Thompson v. Bristol-Myers Squibb Co., Inc. | 2:05-0149 |
| MSN | 3 | 05-2 | Brinda Schmitz v. Bristol-Myers Squibb Co., Inc. | 2:05-0150 |

MISSISSIPPI SOUTHERN
| | | | | |
|---|---|---|---|---|
| MSS | 2 | 04-410 | Peter Dubose v. Bristol-Myers Squibb Co., Inc. | 2:05-0151 |
| MSS | 2 | 05-2 | Earley Jackson, et al. v. Bristol-Myers Squibb Co., Inc., et al. | 2:05-0152 |
| MSS | 2 | 05-3 | Athelene Mabry v. Bristol-Myers Squibb Co., Inc. | 2:05-0153 |
| MSS | 2 | 05-4 | Eula Anthony v. Bristol-Myers Squibb Co., Inc. | 2:05-0154 |
| MSS | 3 | 05-2 | Jimmy Gale Smith, et al. v. Bristol-Myers Squibb Co., Inc. | 2:05-0155 |
| MSS | 3 | 05-3 | Patricia Jolly, et al. v. Bristol-Myers Squibb Co., Inc. | 2:05-0156 |
| MSS | 3 | 05-4 | Roderick Benson v. Bristol-Myers Squibb Co., Inc. | 2:05-0157 |
| MSS | 3 | 05-5 | Van Clairbush v. Bristol-Myers Squibb Co., Inc. | 2:05-0158 |
| MSS | 4 | 05-1 | John J. Young, et al. v. Bristol-Myers Squibb Co., Inc. | 2:05-0159 |

OKLAHOMA EASTERN
| | | | | |
|---|---|---|---|---|
| OKE | 6 | 04-559 | David L. Peters v. Bristol-Myers Squibb Co., Inc. | 2:05-0160 |

# INVOLVED COUNSEL LIST FOR SCHEDULE CTO-26
## DOCKET NO. 1477
## IN RE SERZONE PRODUCTS LIABILITY LITIGATION

John H. Anderson
713 Arledge Street
Hattiesburg, MS 39401-4349

William M. Covington, III
Davis & Feder
P.O. Box 6829
Gulfport, MS 39506-7018

Mark W. Davis
Davis & Feder
P.O. Drawer 6829
Gulfport, MS 39506-7018

Carl Frankovitch
Frankovitch, Anetakis, Colantonio & Simon
337 Penco Road
Weirton, WV 26062

Walter T. Johnson
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

William L. Lee, Jr.
Law Offices of Richard M. Fountain
P.O. Box 14047
Jackson, MS 39236

Marvin W. Masters
Masters & Taylor, L.C.
181 Summers Street
4th Floor
Peoples Building
Charleston, WV 25301

Michael B. Victorson
Jackson & Kelly
P.O. Box 553
Charleston, WV 25322-0553

## INVOLVED JUDGES LIST FOR SCHEDULE CTO-26
## DOCKET NO. 1477
## IN RE SERZONE PRODUCTS LIABILITY LITIGATION

Hon. William H. Barbour, Jr.
U.S. District Judge
430 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. Glen H. Davidson
Chief Judge, U.S. District Court
P.O. Box 767
Aberdeen, MS 39730-0767

Hon. Tom S. Lee
U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Keith Starrett
U.S. District Judge
316 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201-2409

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 607
Muskogee, OK 74402

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201